UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID WEINHOFFER, as liquidating Trustee of OFFSHORE SPECIALTY FABRICATORS LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11175** |
| **DAVIE SHORING, INC.** | **SECTION D (1)** |

## ORDER

Before the Court is a Motion for Voluntary Dismissal of Count I of Complaint, filed by plaintiff David Weinhoffer, as liquidating Trustee of Offshore Specialty Fabricators, LLC.[1] Plaintiff seeks to have the Court dismiss Count I without prejudice. Defendant, Davie Shoring, Inc., opposes plaintiff's motion, arguing that the Court should dismiss Count I with prejudice because plaintiff knew or should have known that the Count was based on inaccurate information, and defendant spent considerable time and resources defending the erroneous and false claim.[2] In his Reply, plaintiff arugues that defendant knew of the error in the complaint before plaintiff did, and that defendant is not prejudiced by a dismissal of Count I without prejudice.[3]

---

[1] R. Doc. 59.
[2] R. Doc. 70.
[3] R. Doc. 78.

In its July 28, 2020 Order,[4] the Court considered the parties' arguments, and found that "if Plaintiff's representation that it was not the seller at the second auction is accurate, recovery under La. R.S. 9:3161, as alleged in Count I, is wholly inapplicable because that statute applies to a public resale, which Plaintiff alleges did not occur in this matter."[5] It further found that defendant had been prejudiced by being forced to defend against Count I.[6] However, because dismissal with prejudice is an extreme remedy, the Court allowed plaintiff the opportunity to withdraw his Motion for Voluntary Dismissal of Count I by filing motion to withdraw on or before July 31, 2020.[7] Plaintiff did not file such a motion. The Court therefore dismisses Count I of plaintiff's complaint with prejudice.

**IT IS HEREBY ORDERED** that plaintiff's Motion Dismiss Count I Without Prejudice is **GRANTED IN PART**, and Count I of the Complaint is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, August 11, 2020.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**

---

[4] R. Doc. 95.
[5] *Id.* at 13.
[6] *Id.*
[7] *Id.* at 13-14.